```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 33382
    JUDITH J LOERZEL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-4501

-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 09/09/2004 and was confirmed 11/04/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  58.57% from remaining funds.

    The case was paid in full 10/11/2007.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG         .00           .00            .00
CHASE MANHATTAN MORTGAGE  SECURED NOT I         .00           .00            .00
CITICARDS                 UNSECURED       NOT FILED           .00            .00
CITICARDS                 UNSECURED       NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED        12469.91           .00        7304.00
FLEET CREDIT CARD SERVIC  UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED        15441.17           .00        9044.36
GUC                       UNSECURED       NOT FILED           .00            .00
HOUSEHOLD FINANCE CORP    UNSECURED         4514.71           .00        2644.40
RESURGENT ACQUISITION LL  UNSECURED OTH     3316.04           .00        1942.27
HSN                       UNSECURED       NOT FILED           .00            .00
LEGAL HELPERS PC          DEBTOR ATTY      1,200.00                     1,200.00
TOM VAUGHN                TRUSTEE                                       1,264.97
DEBTOR REFUND             REFUND                                           17.00

    Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 23,417.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       20,935.03
ADMINISTRATIVE                                   1,200.00
TRUSTEE COMPENSATION                             1,264.97
DEBTOR REFUND                                       17.00
                       ---------------        ---------------
TOTALS                  23,417.00               23,417.00



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 33382 JUDITH J LOERZEL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE